Opinion issued August 3, 2017



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00135-CR

_____

**AIDE ARACELY ESTRELLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Case No. 13-DCR-064798

## MEMORANDUM OPINION

Aide Aracely Estrella has filed a motion to dismiss her appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not unopposed the motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).